UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIANCARLO MONDRAGON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　　Defendants. | Case No. 1:24-cv-00887-EPG (PC)<br><br>ORDER PERMITTING LIMITED DISCOVERY FOR PURPOSE OF IDENTIFYING DOE OFFICER DEFENDANTS |

　　　　Giancarlo Mondragon is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. (ECF No. 1). Plaintiff filed his complaint on July 26, 2024 against Doe Officer defendants, who are officers at Substance Abuse Treatment Facility and State Prison (SATF). (*Id.* at 2). On October 3, 2024, the Court issued a screening order, finding that Plaintiff may proceed on his Eighth Amendment conditions of confinement claim against Doe Officer defendants. (ECF No. 17). To be able to proceed against these defendants, Plaintiff must identify and serve them. Accordingly, the Court will authorize the issuance of a subpoena *duces tecum*.[1]

---

[1] The Court is not opening discovery generally. It is only allowing Plaintiff to subpoena documents that may allow him to identify Doe Officer Defendants.

1

When completing the subpoena form, Plaintiff should only request documents that may assist him in identifying Doe Officer Defendants. He should also identify with specificity the documents he is seeking and the person or entity he is seeking the documents from.  Once Plaintiff has completed and returned form AO 88B and form USM-285, the Court will direct the United States Marshals Service to serve the subpoena.[2] The Court notes that it may limit Plaintiff's request for production of documents.

Plaintiff has 120 days from the date of service of this order to file a motion to substitute named defendants in place of Doe Officer Defendants. Failure to file a motion to substitute by this deadline may result in the dismissal of this case. It is Plaintiff's responsibility to seek documents that would assist him in identifying Doe Officer Defendants during this period.

Accordingly, **IT IS ORDERED** as follows:

1. The Clerk of Court is directed to send Plaintiff three copies of form AO 88B (a subpoena form) and three copies of form USM-285 (a United States Marshals form for process receipt and return).
2. Plaintiff has **thirty days** from the date of this order to complete and return forms AO 88B and USM-285.
3. Plaintiff has **120 days** from the date of this order to file a motion to substitute named defendants in place of Doe Officer Defendants.
4. Plaintiff is not authorized to serve any other discovery outside the scope of this order without first filing a motion seeking leave to do so.

\\\
\\\
\\\
\\\
\\\

---

[2] If after being served with the subpoena, the responding person or entity fails to respond or objects to providing documents, Plaintiff may file a motion to compel. The motion must be filed with the Court and served on the responding person or entity.

5. **Failure to comply with this order may result in the dismissal of this case.**

IT IS SO ORDERED.

Dated: __**October 4, 2024**__                    /s/ *Erica P. Grosjean*
                                                    UNITED STATES MAGISTRATE JUDGE