UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIANCARLO MONDRAGON,<br><br>            Plaintiff,<br><br>     v.<br><br>UNKNOWN,<br><br>            Defendants. | Case No. 1:24-cv-00887-JLT-EPG (PC)<br><br>ORDER DIRECTING SERVICE OF SUBPOENAS BY THE UNITED STATES MARSHALS SERVICE<br><br>ORDER DIRECTING CLERK OF COURT TO (1) FILE ORIGINAL SUBPOENA DOCUMENTS ON THE RECORD; AND (2) SIGN CERTAIN MODIFIED RETURNED SUBPOENAS |

Giancarlo Mondragon is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. (ECF Nos. 1, 8). Plaintiff filed his complaint on July 26, 2024, against Doe Officer Defendants, who are officers at Substance Abuse Treatment Facility and State Prison (SATF). (*Id.* at 2). On October 3, 2024, the Court issued a screening order, concluding that Plaintiff may proceed on his Eighth Amendment conditions of confinement claim against Doe Officer Defendants. (ECF No. 17). Noting that Plaintiff must identify and serve these Defendants to be able to proceed against them, the Court entered an order on October 4, 2024, authorizing Plaintiff to issue subpoenas *duces tecum*. (ECF No. 18).

After Plaintiff returned deficient subpoena documents, the Court issued an order on June 5, 2025, granting him an extension to complete and return new documents. (ECF No. 21) Plaintiff has since returned new subpoena documents.

1

While the subpoena documents are deficient in some respects, the Court will order them to be served by the United States Marshals Service (USM), with some caveats and modifications noted below.

Plaintiff returned three subpoenas (AO 88B) and three corresponding USM-285 forms. The subpoenas seek to obtain documents from (1) Director Howard Mosely, (2) Chief S. Gates, and (3) Administrators, Heirs and Executors.

Because "Administrators, Heirs and Executors" is not a named person or entity that the United States Marshals Service (USM) can readily identify, the Court will not direct this subpoena to issue.

As for the content of the subpoenas, the Court previously advised Plaintiff that he "should only request documents that may assist him in identifying Doe Officer Defendants." (ECF No. 18, p. 2). While Plaintiff asks for information, including "holding cell logs," which appears directed to identifying Doe Officer Defendants, Plaintiff also asks for information regarding "weapons gear any used during the raid 10/24/23." (Minor alterations). The Court will not require Mosely or Gates to respond to such a request and has highlighted the relevant language in red on both subpoenas for clarity.

Additionally, Plaintiff provides no date and time to return the subpoena documents to him. As the Court previously advised him, he should have included a date "at least 60 days from the date he mails the documents to the Court to allow the person or entity to comply with the subpoena." (ECF No. 21, p. 3). The Court will insert the date of September 19, 2025, in red font as the response date.

As for the place to produce the requested documents, Plaintiff appears to have once again mistakenly put the address for where the USM should serve the subpoena documents as opposed to the place where they should be returned to him. (*Id.* at 2-3). Notably, the subpoenas provide an address for production listed at California State Prison, not Kern Valley State Prison where Plaintiff is currently located. The Court has highlighted in red the incorrect addresses for clarification and inserted in red font the address Plaintiff has given as his in the corresponding

USM-285 form. Mosely and Gates shall provide any responsive information to the address featured in red font.

With these instructions in mind, **IT IS ORDERED** as follows:

1. The Clerk of Court shall file, in a separate entry on the docket, the originals of the subpoena documents (*i.e.*, the AO 88B and USM-285 forms) that Plaintiff has returned.
2. The Clerk of Court shall sign the modified subpoena forms (AO 88A) directed to Mosely and Gates, which the Court has attached to this order. Fed. R. Civ. P. 45(a)(3) ("The clerk must issue a subpoena, signed but otherwise in blank, to a party who requests it.").
3. The Clerk of Court shall forward the following documents to the United States Marshals Service:
    a. One (1) <u>modified</u>, signed, and issued subpoena for Mosley and Gates each;
    b. One (1) corresponding USM-285 form for Mosley and Gates each; and
    c. Three (3) copies of this order, one order to accompany each of the two subpoenas and one for the United States Marshals Service.
4. Within twenty-one (21) days from the date of this order, the United States Marshals Service SHALL personally serve the subpoenas, along with a copy of this order pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).
5. The United States Marshals Service is DIRECTED to retain a copy of each of the subpoenas in its file for future use.
6. Within ten (10) days after personal service, the United States Marshals Service SHALL file the return of service.
7. Safety and security concerns may arise in providing a prisoner with information containing the address of a staff member. Therefore, the Court will permit responsive documents to be provided to the Court *in camera* via email at

EPGorders@caed.uscourts.gov. Once the Court receives the information, the Court will direct the United States Marshals Service to serve the Doe Officer Defendants and will also direct it to keep the address confidential.

IT IS SO ORDERED.

Dated:  **July 21, 2025**              /s/ Eric P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

GIANCARLO MONDRAGON )
*Plaintiff* )
v. )  Civil Action No. 1:24-CV-00887-EPG (PC)
)
UNKNOWN )
*Defendant* )

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: DIRECTOR HOWARD MOSELY
*(Name of person to whom this subpoena is directed)*

☐ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: TANGIBLE LOGS, CRT, ISU, SGT, CAPTAIN, LT, WEAPONS GEAR ANY USED DURING RAID (10/24/23) BODY CAMERA LOGS CELL SEARCH LOGS, FIELD ACTIVITY CAGE & HOLDING CELL LOGS, ASU LOGS FOR 10/24/23 EMPLOYER ROSTER FIELD ACTIVITY LOGS 10-24-23 SATF CYARD 8:50 PM TO 10:00 PM

| Place: CALIFORNIA STATE PRISON SATF 9000 QUEBEC AVE. CORCORAN CA 93212 Giancarlo Mondragon CDC# F-81401 3000 Cecil Ave. Delano, CA 93216 | Date and Time: T/B/A September 18, 2025 |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*

OR

_____    _____
*Signature of Clerk or Deputy Clerk*            *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____, who issues or requests this subpoena, are:

**Notice to the person who issues or requests this subpoena**
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. 1:24-CV-00887 -EPG (PC)

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

GIANCARLO MONDRAGON  )
_Plaintiff_  )
v.  )  Civil Action No. 1:24-CV-00887-EPG (PC)
UNKNOWN  )
_Defendant_  )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: CHIEF S. GATES

*(Name of person to whom this subpoena is directed)*

☐ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: TANGIBLE LOGS, CRT, ISU, SGT, CAPTAIN, LT WEAPONS GEAR ANY USED DURING THE RAID 10/24/23, BODY CAMERA LOGS, CELL SEARCH LOGS, FIELD ACTIVITY LOGS, CAGES & HOLDING CELL LOGS, ASU LOGS 10/24/23, EMPLOYEE ROSTER FIELD ACTIVITY LOGS FOR (10-24-23) SATF C YARD, SATF 8:50 PM TO 10:00 PM

| Place: CALIFORNIA STATE PRISON 900 QUEBEC AVE. CORCORAN CA 93212 ~~Giancarlo Mondragon CDC# F-81401 3000 Cecil Ave. Delano, CA 93216~~ | Date and Time: TBA September 18, 2025 |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

CLERK OF COURT

OR

_____     _____
Signature of Clerk or Deputy Clerk           Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
_____, who issues or requests this subpoena, are:

**Notice to the person who issues or requests this subpoena**
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:24-cv-00887-EPG(PC)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____
on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____
on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.: