UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIANCARLO MONDRAGON,<br><br>Plaintiff,<br><br>v.<br><br>SGT. J. MARTIN, et al.,<br><br>Defendants. | Case No. 1:24-cv-00887-JLT-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE STATEMENT REGARDING SCHEDULE AND DISCOVERY<br><br>(ECF No. 40)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ORDER TO COUNTY JAIL TO PROVIDE LEGAL SUPPLIES AND OTHER MATERIALS<br><br>(ECF No. 41) |

Plaintiff Giancarlo Mondragon is incarcerated currently at the Orange County Jail and proceeds *pro se* in this civil rights lawsuit filed pursuant to 42 U.S.C. § 1983.

On February 9, 2026, Plaintiff filed a motion requesting a 90-day extension of time to file his statement regarding schedule and discovery. (ECF No. 40). Plaintiff stated that he "has been [temporarily] transferred out to court from Kern Valley State Prison [KVSP] to the [Orange County] Jail," and had to leave his legal documents and personal copies of the complaint at KVSP. (*Id.* at 1). Plaintiff also states that he has been "severely hindered in his access to the law library at his new housing" at the Orange County Jail. (*Id.*).

Plaintiff filed an additional motion on February 9, 2026. (ECF No. 41). This second motion requests the Court to issue an order to the Orange County Sheriff's Department and the Orange County Jail to give Plaintiff "pro-per status . . . ordering that Plaintiff be supplied with

1

essential legal materials necessary to properly prosecute and litigate [his] lawsuit…." (*Id.* at 1 (internal quotation marks omitted)). Plaintiff states that he "needs the supply of black and blue pens weekly to write motions and [/] or briefs to the Court as well as discovery requests; etc.," along with "a weekly supply of 50 sheets of legal 28 numbered paper" and "access to 'legal copies'." (*Id.* at 2). Plaintiff also "needs all day/daily access to institutional tablet, so as to be able to conduct 'case law' research through the tablet's 'law library app'" along with "access to non-collect attorney calls…to be able to 'contact Plaintiff's court runner' and be able to reach out…and communicate with Defendants' counsel…." (*Id.* at 2-3).

The Court will grant Plaintiff's request for extension of time to respond to the Court's Order Requiring Statements from Parties Regarding Schedule and Discovery (ECF No. 40) to May 12, 2026. However, this date should be considered firm. The Court notes that Plaintiff is not required to include any legal research or submit any evidence as part of his statement. This is a document that will assist the Court in setting a schedule and assist the parties in taking depositions and otherwise engaging in discovery in the future.

However, the Court will deny Plaintiff's request for supplies and other materials. (ECF No 41). Plaintiff states that he needs supplies, including a legal tablet, a weekly supply of 50 sheets of paper, and other materials to conduct research and file motions or briefs with the Court. However, the only deadline in this case is Plaintiff's deadline to submit his Statement Regarding Schedule and Discovery, which has now been extended to May 12, 2026. That statement can be brief and does not require Plaintiff to conduct any legal research or submit any evidence. Plaintiff does not need to file any other motions or briefs during this period, and the Court has not opened discovery in this case. Moreover, Plaintiff's ability to file two motions on February 9, 2026, demonstrates that he is able to access the courts from his current location.

Accordingly, Plaintiff's Motion for Extension of Time to File Statement Regarding Schedule and Discovery is GRANTED, in that Plaintiff has until May 12, 2026, to submit his Statement Regarding Schedule and Discovery.[1]

\\\

---

[1] There will be no further extensions to this deadline and Plaintiff's case may be dismissed if he fails to file his Statement by this deadline.

Additionally, Plaintiff's Motion for an Order to County Jail to Provide Legal Supplies and Other Materials (ECF No. 41) is DENIED.

IT IS SO ORDERED.

Dated:   **February 17, 2026**          /s/ Eric P. Grosjean

UNITED STATES MAGISTRATE JUDGE