**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

GIANCARLO MONDRAGON,

Plaintiff,

v.

SGT. J. MARTIN, et al.,

Defendants.

Case No. 1:24-cv-0887 JLT EPG

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DISMISSING ACTION WITHOUT PREJUDICE AND DIRECTING CLERK OF COURT TO CLOSE THIS CASE

(Doc. 49)

Giancarlo Mondragon seeks to hold the defendants, officers at the Substance Abuse Treatment Facility, liable for violations of his civil rights. (*See* Doc. 1.) The magistrate judge found Plaintiff failed to prosecute this case and failed to comply with the Court's order related to filing a scheduling and discovery statement. (Doc. 49 at 2.) The magistrate judge determined that terminating sanctions are warranted upon considering the factors identified by the Ninth Circuit in *Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002). (*Id.* at 2-4.) Therefore, the magistrate judge recommended the Court dismiss the action without prejudice. (*Id.* at 4.)

The Court served the Findings and Recommendations on the parties and notified Plaintiff that any objections were due in 14 days. (Doc. 49 at 4.) The Court advised Plaintiff that "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of the case. Having carefully reviewed the entire matter, the Court concludes that the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated June 10, 2026 (Doc. 49) are **ADOPTED** in full.
2. The action is **DISMISSED** without prejudice.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: _July 13, 2026_

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE